IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LATEEF RUNNELS,<br>*on behalf of himself and all others similarly situated,* | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 19-00767-CV-W-BP |
| STANLEY STEEMER INTERNATIONAL, INC., | )<br>)<br>) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO TRANSFER CASE

Pending before the Court is Defendant's Assented to Motion to Transfer Case to the United States District Court for the District of Kansas. (Doc. 10.) The motion states that during the parties' Rule 26(f) conference, "and in lieu of motion practice, the parties agreed to transfer this case to the District of Kansas. The parties agree and stipulate that the District of Kansas is a proper venue for this action as a substantial amount of the events and occurrences giving rise to the claims alleged by Plaintiffs occurred in that District." (*Id.*, p. 2, ¶ 7.)

Upon review of the record, and for good cause shown, Defendant's Assented to Motion to Transfer Case, (Doc. 10), is GRANTED. This case is transferred to the United States District Court for the District of Kansas.

IT IS SO ORDERED.

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: November 22, 2019        UNITED STATES DISTRICT COURT